UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COASTAL MARINE MANAGEMENT, LLC <br> d/b/a BOSTON HARBOR SHIPYARD AND <br> MARINA <br>        Plaintiff, <br><br> vs. <br><br> M/V SEA HUNTER (O.N. 598425), her <br> engines, tackle, apparel, appurtenances, etc., *in rem*, <br> SEA HUNTERS LP, *in personam*, GREGORY <br> BROOKS, *in personam* <br>        Defendants. | CIVIL ACTION NO. 1-16-cv-11616 |

### *EX PARTE* MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN

NOW COMES, plaintiff, Coastal Marine Management, LLC d/b/a Boston Harbor Shipyard and Marina ("plaintiff" or "BHS"), and moves, pursuant to Rule E(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, to appoint plaintiff as substitute custodian of defendant, M/V SEA HUNTER (O.N. 598425), her engines, tackle, apparel, appurtenances, etc. (the "Vessel"), and in support of said Motion, BHS represents as follows:

1. Concurrently with the filing of this Motion, plaintiff is filing its Verified Complaint, *in rem*, against the Vessel in this Court, praying that the Vessel, her engines, tackle, equipment, appurtenances, etc., be arrested, condemned and sold to pay plaintiff's demands and claims under plaintiff's Verified Complaint, and for other proper relief.

2. Plaintiff has requested the Clerk of this Court to issue a Warrant of Arrest *in rem* for the Vessel, commanding the United States Marshal for this District to arrest and take into custody the Vessel and to detain same in his custody pending further Order of this Court.

*Motion allowed.* /s/ NMGorton, USDJ 8/15/16

{W5672776.1}