UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COASTAL MARINE MANAGEMENT, LLC<br>d/b/a BOSTON HARBOR SHIPYARD AND<br>MARINA<br>        Plaintiff,<br><br>vs.<br><br>M/V SEA HUNTER (O.N. 598425), her<br>engines, tackle, apparel, appurtenances, etc., *in rem,*<br>SEA HUNTERS LP, *in personam,* GREGORY<br>BROOKS, *in personam*<br>        Defendants. | CIVIL ACTION NO. 1-16-cv-11616 |

**PLAINTIFF'S SECOND *EX PARTE* MOTION FOR ORDER APPROVING PUBLICATION OF ARREST NOTICE AND SETTING DEADLINE TO FILE STATEMENTS OF RIGHT OR INTEREST**

Coastal Marine Management, LLC d/b/a Boston Harbor Shipyard and Marina ("Plaintiff") respectfully moves *ex parte* for an order approving the publication of an arrest notice of the M/V SEA HUNTER (O.N. 598425) (the "Vessel") in accordance with Rule C(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") as soon as possible and setting a deadline of fourteen days after publication for filing statements of right or interest in the Vessel in accordance with Supplemental Rule C(6)(a). In support thereof, Plaintiff refers to its first *Ex Parte* Motion for Order Approving Publication of Arrest Notice and Setting Deadlines to File Statements of Right or Interest (Docket No. 14) and the Memorandum of Law in support thereof (Docket No. 15).

Plaintiff files this second motion as its first motion requested that the Court enter an order approving publication of an arrest notice on September 28, 2016, and setting a deadline of October 12, 2016 for the filing of any statements of right or interest in the Vessel. Docket No.

*Motion allowed.* /s/ NMGorton, USDJ 10/13/16

{W5804271.1}