# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COASTAL MARINE MANAGEMENT, LLC d/b/a BOSTON HARBOR SHIPYARD AND MARINA<br>    Plaintiff,<br><br>vs.<br><br>M/V SEA HUNTER (O.N. 598425), her engines, tackle, apparel, appurtenances, etc., *in rem*, SEA HUNTERS LP, *in personam*, GREGORY BROOKS, *in personam*<br>    Defendants. | CIVIL ACTION NO. 1-16-cv-11616 |

### ORDER APPROVING PUBLICATION OF ARREST NOTICE AND SETTING DEADLINE TO FILE STATEMENTS OF RIGHT OR INTEREST

Upon review of Plaintiff's *ex parte* motion for an order approving publication of arrest notice in accordance with Rule C(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") and setting a deadline for filing statements of right or interest in accordance with Supplemental Rule C(6)(a);

**IT IS ORDERED** that the arrest notice for the M/V SEA HUNTER (O.N. 598425) (the "Vessel") shall be published as soon as possible, in the *Boston Globe*, substantially in the form attached hereto; and,

**IT IS FURTHER ORDERED** that any statements of right or interest in the Vessel shall be filed with the Clerk of Court fourteen (14) days after publication in the *Boston Globe*, with an answer to be served within 21 days after the filing of said statement; otherwise *in rem* default against the Vessel may be entered and condemnation ordered.

**SO ORDERED** this 13th day of October 2016.

_____
Nathaniel M. Gorton
UNITED STATES DISTRICT JUDGE

{W5804274.1}

# NOTICE OF VESSEL ARREST

U.S. District Court, District of Massachusetts
Case No. 1:16-cv-11616
Coastal Marine Management, LLC d/b/a Boston Harbor Shipyard and Marina v. M/V SEA HUNTER (O.N. 598425), et al.

PLEASE TAKE NOTICE that the M/V SEA HUNTER (O.N. 598425), her engines, tackle, apparel, appurtenances, etc., *in rem* (the "Vessel"), was arrested by the United Marshals Service on August 29, 2016 in order to enforce maritime liens for necessaries.

Persons claiming a right of possession or any ownership interest in the Vessel must file a verified statement of right or interest with the Clerk of Court by _____, and serve an answer within 21 days thereafter; otherwise *in rem* default against the Vessel may be entered and condemnation ordered. Persons having maritime liens or other claims against the Vessel must present their claims in accordance with Fed. R. Civ. P. 24.

Plaintiff's counsel is Samuel P. Blatchley, Pierce Atwood LLP, 100 Summer Street, 22nd Floor, Boston, Massachusetts 02110; Telephone: 617-488-8122; email: sblatchley@pierceatwood.com.

{W5804274.1}

Proposed by:

Samuel P. Blatchley (BBO No. 670232)
Pierce Atwood LLP
100 Summer Street, 22nd Floor
Boston, Massachusetts 02110
Tel: 617-488-8122
Fax: 617-824-2020