United States District Court
District of Massachusetts

| | |
|---|---|
| Coastal Marine Management, LLC <br> d/b/a Boston Harbor Shipyard and <br> Marina; <br><br> Plaintiff, <br><br> v. <br><br> M/V Sea Hunter (O.N. 598425), <br> her engines tackle, apparel, <br> appurtenances, etc., in rem, <br><br> Defendant. | Civil Action No. <br> 16-11616-NMG |

## ORDER

GORTON, J.

This case involves the public auction sale of M/V Sea Hunter (O.N. 598425). This session previously ordered that the public auction sale for $50,000 be set aside and that bidding be re-opened for the vessel in light of an upset bid of $100,000 submitted by Custom Marine, Inc. Having received no other bids during the prescribed time, the Court now considers confirmation of the sale.

Plaintiff, in accordance with the order of this Court (Docket No. 86), caused notice of the reopened sale to be published in *Boats and Harbors* and the gcaptain.com webpage. Plaintiff also provided notice of the reopened sale to the current owner of the vessel, the potential bidders who attended

-1-

the October 4, 2017 auction and all lien and mortgage claimants of record.

This Court finds the upset bid of $100,000 of Custom Marine, Inc. is not "grossly inadequate". See Munro Drydock, Inc. v. M/V Heron, 585 F.2d 13, 15 (1st Cir. 1978).

Accordingly, the sale of the M/V SEA HUNTER (O.N. 598425) to Custom Marine, Inc., of Dobbs Ferry, New York for $100,000 is confirmed. The vessel is sold free and clear of all liens and encumbrances in its current "as is, where is" condition, without any representation and warranty, express or implied, as to its merchantability or fitness, except as to title.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated November 6, 2017